IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BENNIE MCPHERSON, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No.: 3:11-cv-00638-WHA |
| ALLSTATE INDEMNITY COMPANY, | ) ) ) |
| Defendant. | ) |

**NOTICE TO TAKE DEPOSITION UPON**
**ORAL EXAMINATION**

TO:   Thomas E. Bazemore, III, Esq.
      Nicholas C. Gonzalez, Esq.
      Huie, Fernambucq and Stewart, LLP
      2801 Highway 280 South, Suite 200
      Birmingham, Alabama 35223

Please take notice that pursuant to the *Federal Rules of Civil Procedure,* Plaintiffs will take the deposition upon oral examination of **ROD WILLIAMS.**

The deposition will be taken before an officer authorized by law to administer oaths on Friday, January, 27, 2012, beginning at 10:00 a.m., at the offices of Huie, Fernambucq and Stewart, LLP,  2801 Highway 280 South, Suite 200, Birmingham, Alabama 35223, and shall be recorded by stenographic means.

The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

/s/ Jerry M. Blevins
JERRY M. BLEVINS (BLE003)
Attorney for Plaintiffs

1

OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
(334) 262-7644 (Fax)
E-Mail: ATTYJMBlev@aol.com

CERTIFICATE OF SERVICE

    I hereby certify that on the 22nd day of December, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

        Thomas E. Bazemore, III, Esq.
        Nicholas C. Gonzalez, Esq.
        Huie, Fernambucq and Stewart, LLP
        2801 Highway 280 South, Suite 200
        Birmingham, Alabama 35223

        /s Jerry M. Blevins
        Jerry M. Blevins