IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BENNIE MCPHERSON, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  3:11cv638-WHA |
| | ) | |
| ALLSTATE INDEMNITY COMPANY, | ) | (wo) |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Plaintiff's Motion to Strike (Doc. #45), filed on March 19, 2012, it is hereby

ORDERED that the Defendant shall show cause, if any there be, on or before March 26, 2012, why the motion should not be granted. The motion will be taken under submission on that day for determination without oral argument.

Done this 19th day of March, 2012.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE