IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

BENNIE MCPHERSON and MILTON )
MCPHERSON, )
 )
       Plaintiff, )
 )
v. )       Civil Action No.  3:11cv638-WHA
 )
ALLSTATE INDEMNITY COMPANY, )       (wo)
 )
 )
       Defendant. )

FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, final judgment is entered in favor of Allstate Indemnity Company and against Bennie McPherson and Milton McPherson, and the case is dismissed with prejudice.

Costs are taxed to the Plaintiffs.

Done this 26th day of April, 2012.

       /s/ W. Harold Albritton
       W.  HAROLD ALBRITTON
       SENIOR UNITED STATES DISTRICT JUDGE